No. 211. JACINTHO MIGUEL, PLAINTIFF IN ERROR, *v.* THE TERRITORY OF HAWAII. In error to the Supreme Court of the Territory of Hawaii. April 30, 1909. Dismissed with costs,

pursuant to the tenth rule. *Mr. Jacintho Miguel pro se.* No appearance for defendant in error.